IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
APR 19 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:16-CR-050 |
| | ) |
| BRIAN VINCENT LEE SLUSHER, | ) 18 U.S.C. §§ 2243(a) and 7 |
| | ) Sexual Abuse of a Minor |
| Defendant. | ) (Count One) |

## INDICTMENT
### APRIL 2016 TERM - Richmond, Virginia

### COUNT ONE
(Sexual Abuse of a Minor)

Between on or about May 17, 2015, and on or about June 12, 2015, at Fort Lee, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, BRIAN VINCENT LEE SLUSHER, the defendant herein, did knowingly engage in and attempt to engage in a sexual act with a female child who had not attained the age of 16 years and who was at least four years younger than the defendant.

(In violation of Title 18, United States Code, Sections 2243(a) and 7.)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

Dana J. Boente
United States Attorney

By: _____
Stephen E. Anthony
Assistant United States Attorney

1